IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 1:13-cv-1643-PAB-CBS

J. BRUCE NORMAN and
DIANE NORMAN,

      Plaintiffs,

v.

STATE FARM FIRE AND CASUALTY COMPANY,

      Defendant.

## ORDER FOR JURY COST ASSESSMENT

      A jury trial was scheduled to begin in the above entitled case on Monday, December 8, 2014, before United States District Judge Philip A. Brimmer.  The parties advised the Court via voice mail on Sunday, December 7, 2014, that a settlement had been reached.

      Twenty-one jurors reported to the United States District Court, Alfred A. Arraj Courthouse, for jury selection on Monday, December 8, 2014.  Jury costs for the twenty-one jurors who reported for selection have been calculated in the amount of one thousand seven hundred twenty-six dollars and forty-four cents ($1726.44).  These costs are to be equally apportioned between the parties.

      Pursuant to D.C. COLO. LCivR 54.2, it is therefore ORDERED that each party be assessed eight hundred sixty-three dollars and twenty-two cents ($863.22).  These costs are to be paid to the Clerk of the United States District Court no later than December 31, 2014.

      DATED December 8, 2014.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge